**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charley Daniel PARKER,**
**Defendant–Appellant.**

No. 12–30085.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 6, 2013.

Filed May 22, 2013.

Helen J. Brunner, Esquire, Assistant U.S., Bruce Miyake, Assistant U.S., Jill

Aiko Otake, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Russell Victor Leonard, Esquire, Assistant Federal Public Defender, Alan Zarky, FPDWA–Federal Public Defender's Office, Tacoma, WA, for Defendant–Appellant.

Before: FERNANDEZ, W. FLETCHER, and RAWLINSON, Circuit Judges.

ORDER *

The Joint Motion to Dismiss Appeal as Moot, filed on May 10, 2013, is GRANTED. All pending motions are denied as moot. A certified copy of this order sent to the district court shall constitute the mandate.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.